Verhoef v Dean (2025 NY Slip Op 01558)

Verhoef v Dean

2025 NY Slip Op 01558

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, NOWAK, AND HANNAH, JJ. (Filed Mar. 14, 2025.) 

MOTION NO. (820/24) CA 24-00162.

[*1]PETER F. VERHOEF AND OLGA VERHOEF, PLAINTIFFS-APPELLANTS, 
v
PAUL DEAN, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals dismissed as untimely.